E-FILED
Wednesday, 18 June, 2008 01:37:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUN 1 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR08-20033 |
| Plaintiff, | |
| v. | IN VIOLATION OF: |
| GLEN CLOYD | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii) and Title 18, United States Code 924(c)(1)(A) and 922(g)(1). |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about May 7, 2008, in Vermillion County, in the Central District of Illinois,

**GLEN CLOYD**

defendant herein, knowingly and intentionally distributed five or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

### COUNT TWO

On or about May 12, 2008, in Vermillion County, in the Central District of Illinois,

**GLEN CLOYD**

defendant herein, knowingly and intentionally distributed five or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT THREE

On or about May 28, 2008, in Vermillion County, in the Central District of Illinois,

**GLEN CLOYD**

defendant herein, knowingly and intentionally distributed five or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT FOUR

On or about May 30, 2008, in Vermillion County, in the Central District of Illinois,

**GLEN CLOYD**

defendant herein, knowingly and intentionally possessed five or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FIVE

On or about May 28, 2008, to May 30, 2008, in Vermillion County, in the Central District of Illinois,

**GLEN CLOYD**

knowingly possessed a firearm, namely, a Smith and Wesson 9 millimeter, semi- automatic pistol, serial number PBH5956, in furtherance of a drug trafficking crime, namely, distribution of cocaine base "crack" as charged in Count Three herein and possession with intent to distribute cocaine base "crack" as charged in Count Four herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(I).

## COUNT SIX

On or about May 30, 2008, in Vermillion County, in the Central District of Illinois,

**GLEN CLOYD**

having previously been convicted of a felony offense under the laws of the State of Illinois, knowingly possessed a firearm, namely, a Smith and Wesson 9 millimeter, semi-automatic pistol, serial number PBH5956, said firearm having previously traveled in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).


A TRUE BILL,

s/foreperson

FOREPERSON


s/John Mehochko

For RODGER A. HEATON
United States Attorney

RHC