# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

E-FILED
Thursday, 19 June, 2008 05:05:41 PM
Clerk, U.S. District Court, ILCD

CJA 23 (Rev. 5/98)

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____

FILED
JUN 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

PERSON REPRESENTED (Show your full name): **Glen Cloyd**

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER: 

DOCKET NUMBERS
Magistrate: 
District Court: **08-20033**
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: **NONE**
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: **NONE**

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ **3.00**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: **NONE**

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **NONE**
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: 
Creditors: **NONE**
Total Debt: $ ___
Monthly Payt.: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **6/19/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **s/Glen A Cloyd**