## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA, ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CASE NO. 08-20033 |
| **GLEN A. CLOYD, JR.** | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

BAKU N. PATEL of DOYLE, LEHMAN & PATEL, P.C., hereby enters his appearance on behalf of the Defendant, GLEN A. CLOYD, JR, in the above-entitled cause.

Respectfully submitted,

s/Baku N. Patel_____
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Doyle, Lehman & Patel, P.C.
Attorneys at Law
1022 N. Vermilion
Danville, IL 61832
Telephone:  (217) 446-3844
Fax:  (217) 446-1734
E-mail: bnpatel@doylelawteam.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-20033 |
| ) | |
| GLEN A. CLOYD, JR. ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        United States Attorney
        201 S. Vine
        Urbana, IL 61801

        s/Baku N. Patel_____
        Baku N. Patel - Bar No.: 6244272
        Attorney for Defendant
        Doyle, Lehman & Patel, P.C.
        Attorneys at Law
        1022 N. Vermilion
        Danville, IL 61832
        Telephone: (217) 446-3844
        Fax: (217) 446-1734
        E-mail: bnpatel@doylelawteam.com