E-FILED
Monday, 21 July, 2008 11:15:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 08-20033 |
| GLEN CLOYD, ) | |
| Defendant. ) | |

### RESPONSE TO MOTION FOR
### PRE-TRIAL DISCOVERY

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Ronda Holliman Coleman, Assistant United States Attorney, and hereby responds to the defendant's motion for pre-trial discovery:

1. All discovery currently possessed by the United States has been tendered via email to defense counsel Baku Patel on July 21, 2008.

2. The United States is aware of its discovery obligations pursuant to the Federal Rules of Criminal Procedure, Rule 16, the *Jenks* Act, *Brady v. Maryland*, and *Giglio v. United States* and has provided the materials as requested in the defendant's motion for pre-trial discovery.

3. Additional discovery will be tendered as it becomes available.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    s/ Ronda Holliman Coleman
    RONDA HOLLIMAN COLEMAN
    Bar No. IL 6272417
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    FAX: 217-373-5891
    ronda.coleman@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Baku Patel
    Doyle, Lehman & Patel, P.C.
    Attorneys at Law
    1022 N. Vermilion
    Danville, IL 61832
    bnpatel@doylelawteam.com

      s/ Ronda Holliman Coleman
      RONDA HOLLIMAN COLEMAN
      Bar No. IL 6272417
      Assistant United States Attorney
      201 S. Vine St., Suite 226
      Urbana, IL 61802
      217/373-5875
      FAX: 217-373-5891
      ronda.coleman@usdoj.gov