AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

GLEN CLOYD

**WARRANT FOR ARREST**

Case Number: 08-mj-7222

RECEIVED 2008 JUN -3 P 3:51
US MARSHALS SERVICE
CENTRAL ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Glen Alan Cloyd _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

distributing five or more grams of cocaine base ("crack")

**FILED**
JUL 22 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

Michael P. McCuskey
Name of Issuing Officer

s/ Michael P. McCuskey   at 5:02 PM on 5/29/08
Signature of Issuing Officer

BAIL FIXED AT $ No Bail   by

CHIEF, U.S. DISTRICT JUDGE
Title of Issuing Officer

May 29, 2008, Urbana, Illinois
Date and Location

s/ Michael P. McCuskey
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at Danville

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 06/03/08 | Crosby Murdock | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 06/29/08 | ATF | |