**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA, ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CASE NO. 08-20033 |
| **GLEN CLOYD,** | ) |
| **Defendant.** | ) |

## MOTION TO CONTINUE TRIAL

Now comes the Defendant, GLEN CLOYD, by and through his attorney, BAKU N. PATEL of DOYLE, LEHMAN & PATEL, P.C., and hereby moves this Honorable Court to continue the Trial, which is currently set for August 25, 2008 at 9:00 a.m. in courtroom A. In support thereof, the Movant states as follows:

1. On June 19, 2008, the defendant appeared before the court for a Preliminary Hearing and Detention Hearing.
2. The defendant is currently scheduled for Final Pre-Trial on August 21, 2008 and for Jury Trial on August 25, 2008.
3. Counsel for the defendant entered his appearance on June 30, 2008.
4. Counsel for the defendant filed a Motion for Pre-Trial Discovery on July 2, 2008 and received a copy of said discovery from the United States District Attorney's Office on July 21, 2008.
5. Counsel needs additional time to review discovery.
6. Counsel also needs additional time to meet with the Assistant U.S. Attorney assigned to this case to discuss cooperation and plea negotiations.

WHEREFORE, Counsel for the Defendant respectfully requests that the case be continued to a date wherein undersigned counsel may be available.

Respectfully submitted,

s/Baku N. Patel_____
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Doyle, Lehman & Patel, P.C.
Attorneys at Law
1022 N. Vermilion
Danville, IL 61832
Telephone: (217) 446-3844
Fax: (217) 446-1734
E-mail: bnpatel@doylelawteam.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. 08-20033** |
| ) | |
| **GLEN CLOYD,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
201 S. Vine
Urbana, IL 61801


s/Baku N. Patel_____
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Doyle, Lehman & Patel, P.C.
Attorneys at Law
1022 N. Vermilion
Danville, IL 61832
Telephone: (217) 446-3844
Fax: (217) 446-1734
E-mail: bnpatel@doylelawteam.com